Before State Industrial Board, Respondent. Henry Pollack, Respondent, v. Frederick Loeser & Co., Inc., Appellant.— Award modified by deducting the sum of $32.70 for the period covering September 7, 1922, to September 27, 1922, and also by deducting the sum of $250, paid to claimant in advance, and as so modified unanimously affirmed.

The People of the State of New York ex rel. Robert Sterling Clark, Relator, v. John F. Gilchrist and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Leave granted to appeal to the Court of Appeals.

Before State Industrial Board, Respondent. Jose Costa Ribas, Deceased (Dependents of), Respondents, v. St. Regis Paper Company and Another, Appellants.— Award reversed and claim dismissed, without costs. All concur.

Before State Industrial Board, Respondent. Harry Schwartz, Appellant, v. J. Belowsky and Another, Respondents.— Motion granted by default.

Nina H. Seeley, Respondent, v. Aaron A. Seeley, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before State Industrial Board, Respondent. Mary Schumacher, Respondent, v. Grace Herzog and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board.

Spear & Company, Respondent, v. Spear & Co., Inc., etc., Appellant, Impleaded with Another, Defendant.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that it does not appear that the proposed testimony is material or necessary or that the examination is in the interests of justice. All concur.

Before State Industrial Board, Respondent. Frank Turi, Respondent, v. Isadore Lauer and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. Joseph Thomson, Respondent, v. J. W. Sands, Inc., and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that no written notice of injury was given, and no finding having been made that the employer had knowledge of the accident, the failure to give notice has been improperly excused. All concur.

Williamsburgh Savings Bank of Brooklyn, N. Y., Appellant, v. The State of New York, Respondent.— Motion granted.

Fremont F. Williams, Respondent, v. Merritt S. Squires and Another, Appellants.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that it appears that the testimony sought to be taken is not material or needful for the prosecution or defense of the action, and the taking thereof would not be in the interests of justice. All concur.

Before State Industrial Board, Respondent. Anthony Weiss, Respondent, v. Wickwire Spencer Steel Corporation and Another, Appellants.—Motion denied.

Before State Industrial Board, Respondent. Morris Wishney, Respondent, v. Samuel Yarnick and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.